AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Keith Bernard Miller Sr,<br><br>*Defendant(s)* | Case No. 19-6427-Hunt |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 23-24, 2019,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Attempted Credit Union Robbery |
| 18 U.S.C. § 2113(a) | Credit Union Robbery |
| 18 U.S.C. § 2113(a) | Credit Union Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Goodrich, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/9/19

*Judge's signature*

City and state: Fort Lauderdale, Florida     Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Christopher Goodrich, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes and Fugitive Task Force in the Miami Division. I have been an FBI Special Agent since June 2016 and assigned to the Miami Division since November 2016. Prior to my assignment to the Violent Crimes and Fugitive Task Force, I was assigned to the Violent Crimes Against Children Squad for two (2) years. I have received training at the FBI Academy in Quantico, Virginia. As an FBI Special Agent, my current duties involve investigating violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. Prior to my employment as a Special Agent with the FBI, I worked as a Police Officer in Norfolk, Virginia, for nine (9) years.

2.  I make this Affidavit in support of a criminal complaint charging **KEITH BERNARD MILLER SR** with one count of attempted credit union robbery, in violation of Title 18, United States Code, Section 2113(a), and two counts of credit union robbery, in violation of Title 18, United States Code, Section 2113(a).

3.  I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

4.  I respectfully submit there is probable cause to believe that on August 23, 2019, MILLER did knowingly attempt to take, by intimidation, from persons and presence of employees of Tropical Financial Credit Union, 3050 Corporate Way, Miramar, Florida 33025,

Space Coast Bank, 2500 South University Drive, Miramar, Florida 33025, and Tropical Financial Credit Union, 5900 North Federal Highway, Fort Lauderdale 33308, United States Currency belonging to, and in the care custody, control, management, and possession of ~~Regions Bank~~ [handwritten: SPACE COAST BANK, TROPICAL FINANCIAL CREDIT UNION], a bank whose deposits were then insured by the National Credit Union Administration.

5. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against MILLER for the above-described criminal violation.

## PROBABLE CAUSE

6. On or about August 23, 2019, at approximately 11:15 a.m., a black male, approximately six (6) feet tall, wearing a black hat with a Miami Marlins logo displayed on the front, black reading-style glasses with the word "Polo" displayed on the frame, and a blue shirt – later identified as MILLER – entered the Tropical Financial Credit Union[1] in Miramar, Florida.[2] MILLER approached the victim teller and passed a manila envelope and a note. MILLER told the teller, "Read that shit." The victim teller neither read the note nor opened the manila envelope. The victim teller believed MILLER was attempting to rob the bank based on his demands and demeanor. When the victim teller asked MILLER if he would like to withdraw or deposit, MILLER repeated himself and exclaimed, "Read that shit." In fear for his life, the victim teller sent an email to another bank employee requesting help. The teller then handed

---

[1] Tropical Financial Credit Union is a financial institution insured by the National Credit Union Administration.
[2] The credit union's video surveillance system recorded the attempted robbery.

2

MILLER a withdrawal slip. MILLER wrote the name "Robert Miller" on the withdrawal slip and passed it back to the victim teller before grabbing the manila envelope and note, and fleeing the scene without any United States currency.

7. On or about August 23, 2019, at approximately 11:29 a.m., MILLER entered the Space Coast Bank,[3] located at 2500 South University, Miramar, Florida.[4] MILLER, wore the same clothing, hat, and glasses as he had done during the attempted bank robbery of the Tropical Federal Credit Union earlier that day. MILLER approached the victim teller and passed a manila envelope and a note. The note that MILLER passed read, "Just read the note and do not look at me." MILLER then placed his left hand under his shirt implying that he had a firearm. The victim teller advised law enforcement that the note also stated, "Give me all the money in the drawer and do not give me the bait." In fear for him/her safety, the victim teller complied with MILLER's demands. The victim teller emptied his/her teller drawer and placed four thousand one hundred forty-three dollars ($4,143.00) in United States currency into the manila envelope, and provided it to MILLER. MILLER then fled the scene.

8. On or about August 24, 2019, at approximately 11:49 a.m., MILLER, wearing a black hat with a raised emblem, black reading glasses, pink plaid button-up long sleeved shirt, and brown pants entered the Tropical Federal Credit Union, located at 5900 North Federal Highway, Fort Lauderdale, Florida.[5] MILLER approached the victim teller and passed a demand note stating, "You read it. Just do it." The victim teller recalled the note stating, "Put the money in the bag, no dye pack." In fear, the victim bank teller complied and removed nine hundred seventy-six dollars ($976.00) in United States currency from the teller drawer before placing it into a blue bag provided by MILLER. MILLER then fled the scene.

---

[3] Space Coast Credit Union is a financial institution insured by the National Credit Union Administration.
[4] The credit union's video surveillance system recorded the robbery.
[5] The credit union's video surveillance system recorded the robbery.

3

9. On or about August 24, 2019, a witness ("J.M.") contacted law enforcement. J.M. stated that MILLER had previously pointed a firearm at him/her and knew MILLER to be driving a gray Pontiac Grand Prix. J.M. identified MILLER as the individual involved in the August 24, 2019, credit union robbery of Tropical Financial Credit Union. Law enforcement broadcasted a description of the vehicle over the radio. Shortly thereafter, law enforcement observed the gray Pontiac Grand Prix with a paper tag traveling at a high rate of speed in Miami-Dade County. Law enforcement attempted to stop the vehicle; however, it continued to flee. During the pursuit, the vehicle collided with a light pole in Miami Gardens, Florida, and came to a stop. Law enforcement identified MILLER as the driver and sole occupant of the vehicle. Law enforcement arrested MILLER and took him into custody at the scene of the crash. Due to the crash, the vehicle caught on fire. Emergency services arrived on scene and were able to extinguish the fire. Law enforcement observed a pair of black framed reading-style glasses with the word "Polo" written on the side on the frame lying next to the vehicle and noted that they appear to be identical to the glasses worn by MILLER during the attempted robbery and robberies. On the front passenger seat in plain view within the vehicle, law enforcement observed a black hat with a raised emblem similar to the hat that MILLER wore during the Tropical Financial Credit Union robbery.

10. On or about August 24, 2019 at 8:11 p.m., a tow truck removed the gray Pontiac Grand Prix from the scene, transported it to the Federal Bureau of Investigation property, and impounded it. Further investigation revealed that MILLER was the registered owner of the vehicle and registered it on August 23, 2019.

11. On or about August 26, 2019, law enforcement reviewed video surveillance footage captured on security cameras of the gray Pontiac Grand Prix with a paper tag heading

south in the 5700 block of NE 27th Ave, Fort Lauderdale, Florida, at approximately 11:52 a.m. on August 24, 2019. The driver appeared to be wearing a hat and glasses.

12. On or about August 26, 2019, law enforcement advised MILLER of his *Miranda* rights, which he waived. During his post-*Miranda* interview, MILLER confirmed that he had a pair of "Polo" glasses. While discussing bank robberies, MILLER stated, "I never ever wore gloves. I never ever let them keep a note, if I ever did that." MILLER stated that the hat that he wore while inside the Tropical Financial Credit Union – located at 5900 North Federal Highway, Fort Lauderdale, Florida – was dark brown.

13. On or about August 26, 2019, a witness ("R.E.") contacted the FBI after observing a media release composed of two still photographs of MILLER at the Tropical Federal Credit Union, located at 5900 North Federal Highway, Fort Lauderdale, Florida. R.E. identified MILLER as the individual in the two still photographs. R.E. stated that he/she and MILLER previously worked together. R.E. indicated that, on August 24, 2019, MILLER came to R.E's. place of employment dressed in the same pink shirt and dark hat that MILLER wore during the Tropical Federal Credit Union robbery.

14. On August 28, 2019, law enforcement executed a federal search warrant (19-6408-SNOW), which authorized the search of the gray Pontiac Grand Prix. During the search, law enforcement seized a dark brown hat with a raised emblem and a .38 caliber revolver.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that **KEITH BERNARD MILLER SR** committed one count of attempted credit union robbery, in violation of Title 18, United States Code, Section 2113(a), and two counts of credit union robbery, in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT CHRISTOPHER GOODRICH
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 9th day of September, 2019.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE